# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

May 15, 2024

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

> Application **GRANTED.** The initial pretrial conference scheduled for May 22, 2024, is **ADJOURNED** to **June 12, 2024, at 4:10 P.M.** The parties shall file their initial pretrial conference materials by **June 5, 2024.** The Clerk of Court is respectfully directed to close the motion at Dkt. No. 10.
>
> Dated: May 16, 2024
>         New York, New York
>
> *[signature]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Re:   Girotto v. Original BTC USA, LLC, et al.
      Case 1:24-cv-02555-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for May 22, 2024, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request.

                                Sincerely,

                        By: /S/   B. Bradley Weitz
                            B. Bradley Weitz, Esq. (BW9365)
                            THE WEITZ LAW FIRM, P.A.
                            Attorney for Plaintiff
                            Bank of America Building
                            18305 Biscayne Blvd., Suite 214
                            Aventura, Florida 33160
                            Telephone: (305) 949-7777
                            Facsimile:  (305) 704-3877
                            Email: bbw@weitzfirm.com