# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

June 6, 2024

<u>**VIA CM/ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:  Girotto v. Original BTC USA, LLC, et al.
        Case 1:24-cv-02555-LGS

Dear Judge Schofield:

  The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for June 12, 2024, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 and D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint, by Federal Express to the corporate addresses in order to facilitate contact from Defendants.

  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 45-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

  Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/   B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile:  (305) 704-3877
  Email: bbw@weitzfirm.com

---

Application **GRANTED** in part. The initial pretrial conference scheduled for June 12, 2024, is **ADJOURNED** to **July 10, 2024, at 4:10 P.M.** If Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **July 3, 2024**. If Plaintiff is not in communication with the Defendants, no later than **July 3, 2024**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.

Dated: June 10, 2024
   New York, New York

            L<small>ORNA</small> G. S<small>CHOFIELD</small>
         U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>