UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUIGI GIROTTO,
                            Plaintiff,

               -against-                      24 Civ. 2555 (LGS)

ORIGINAL BTC USA, LLC, et al.,        ORDER
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated July 8, 2024, scheduled a pre-motion conference in this matter for January 8, 2025;

    WHEREAS, an Order dated November 25, 2024, referred this case to the Court-annexed Mediation Program. It is hereby

    **ORDERED** that the January 8, 2025, pre-motion conference is **CANCELED**.

Dated: January 8, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE