UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LUIGI GIROTTO,                                    :
                                                 :
                        Plaintiff,   :   24 Civ. 2555 (LGS)
                                                 :
        -against-                             :   <u>ORDER</u>
                                                 :
ORIGINAL BTC USA, LLC et al.,                    :
                                                 :
                     Defendants.    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     The Court has been informed via the Final Report of Mediator #1 at Dkt. No. 34 that the parties have reached a settlement in principle in this case. Docket Entry No. 34 is appended to this Order. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: March 13, 2025
       New York, New York

                                              LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**

```
MIME-Version:1.0
From:NYSD_ECF_Pool@nysd.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Matin Emouna (memouna@emiklaw.com), Ben-Zion Bradley Weitz
(3654824420@filings.docketbird.com, bbw@weitzfirm.com, rjm@weitzfirm.com, weitzfirm@gmail.com,
weitzlawfirm@gmail.com, weitzlawpa@gmail.com), Mark B. Stumer, Sr (mbstumer@gmail.com,
mstumer@newyorklawfirm.org), Judge Lorna G. Schofield (corey_meyer@nysd.uscourts.gov,
jaehyuk_you@nysd.uscourts.gov, james_street@nysd.uscourts.gov, julia_long@nysd.uscourts.gov,
lorna_schofield@nysd.uscourts.gov, natasha_faulconer@nysd.uscourts.gov,
reportsecf_nysd@nysd.uscourts.gov, schofield_nysdchambers@nysd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<32545792@nysd.uscourts.gov>
Subject:Activity in Case 1:24-cv-02555-LGS Girotto v. Original BTC USA, LLC et al Final Report
of Mediator #1
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/11/2025 at 10:47 AM EST and filed on 2/11/2025
**Case Name:**        Girotto v. Original BTC USA, LLC et al
**Case Number:**      1:24-cv-02555-LGS
**Filer:**
**Document Number:** 34(No document attached)

**Docket Text:**
**FINAL REPORT OF MEDIATOR #1. Report of Mediator to the Clerk that the court-ordered mediation in this case was held and agreement was reached on all issues. The judge may wish to issue a "30 day order" under which the case is automatically closed in 30 days unless a party seeks to re-open the matter. To evaluate the effectiveness of our Mediators/Mediation Program, a fillable PDF of the survey can be found at https://nysd.uscourts.gov/programs/mediation-adr. (sge)**

**1:24-cv-02555-LGS Notice has been electronically mailed to:**

Mark B. Stumer, Sr     mstumer@newyorklawfirm.org, mbstumer@gmail.com

Matin Emouna    memouna@emiklaw.com

Ben-Zion Bradley Weitz    BBW@weitzfirm.com, 3654824420@filings.docketbird.com, WeitzLawPA@gmail.com, rjm@weitzfirm.com, weitzfirm@gmail.com, weitzlawfirm@gmail.com

**1:24-cv-02555-LGS Notice has been delivered by other means to:**